1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# (SAN FRANCISCO)

| | |
|---|---|
| Adobe Systems Incorporated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Trinity Software Distribution, Inc., et al.,<br><br>　　　　　Defendants. | Case No. CV12-01614 SI<br><br>**[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

**ORDER**

The application of defendants Trinity Software Distribution, Inc., Heidi Shaffer and Trinity Liquidations, Inc. (collectively referred to as "Defendants") to extend the time to respond to plaintiff's complaint came on regularly for hearing before the Court, the Honorable Susan Illston, United States District Judge, presiding. After due consideration of the parties' papers and supporting evidence, and good cause appearing therefor, the Court GRANTS Defendants' application. Defendants shall have to, and including, July 26, 2012, to serve and file their response to the complaint.

IT IS SO ORDERED.

DATED: __7/12__, 2012.

_____
The Honorable Susan Illston
United States District Court Judge

Respectfully submitted:

George A. Shohet (SBN 112697)
*georgeshohet@gmail.com*
Law Offices Of George A. Shohet,
A Professional Corporation
245 Main Street, Suite 310
Venice, CA 90291-5216
Tel.: (310) 452-3176
Fax: (310) 452-2270

Attorneys for Defendants
Trinity Software Distribution, Inc.,
Heidi Shaffer and Trinity Liquidations, Inc.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who have consented to electronic service are being served with a copy of the foregoing document via Northern District of California CM/ECF system on July 12, 2012.

_____/s/ George A. Shohet_____