1  J. Andrew Coombs (SBN 123881)
   *andy@coombspc.com*
2  Nicole L. Drey (SBN 250235)
   *nicole@coombspc.com*
3  J. Andrew Coombs, A P. C.
   517 East Wilson Avenue, Suite 202
4  Glendale, California 91206
   Telephone:     (818) 500-3200
5  Facsimile:     (818) 300-3201

6  Attorneys for Plaintiff
   Adobe Systems Incorporated
7
   George A. Shohet (SBN 112697)
8  *georgeshohet@gmail.com*
   Law Offices of George A. Shohet,
9  A Professional Corporation
   245 Main Street, Suite 310
10 Venice, California 90291
   Telephone:     (310) 452-3176
11 Facsimile:     (310) 452-2270

12 Attorneys for Defendants
   Trinity Software Distribution, Inc.,
13 Heidi Shaffer and Trinity Liquidations, Inc.

14

**IT IS SO ORDERED**
*Judge Susan Illston*

15                    **UNITED STATES DISTRICT COURT**

16              **NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)**

17  Adobe Systems Incorporated,              )   Case No. CV12-01614 SI
                                             )
18                  Plaintiff,               )   **THIRD STIPULATION TO EXTEND**
            v.                               )   **TIME TO RESPOND TO**
19                                           )   **COMPLAINT**
    Trinity Software Distribution, Inc., et al., )
20                                           )
                    Defendants.              )
21                                           )
                                             )
22  _____)

23        PLAINTIFF Adobe Systems Incorporated ("Plaintiff") and Defendants Trinity Software

24  Distribution, Inc., Heidi Shaffer and Trinity Liquidations, Inc. (collectively "Defendants"), by and

25  through their respective counsel of record, hereby stipulate and agree as follows:

26        WHEREAS, Plaintiff filed its complaint on March 30, 2012;

27

28

Adobe v. Trinity Software Dist., et al.: Third Stip To Extend Time     - 1 -

WHEREAS, Plaintiff served Defendants with the summons and complaint on or about April 23, 2012;

WHEREAS, pursuant to Local Rule 6-1, the parties stipulated to extend the time for Defendants to file a response to the complaint until July 2, 2012;

WHEREAS, the Parties have voluntarily exchanged information and documents in an effort to resolve this matter without further litigation and are currently analyzing such information and documents;

WHEREAS, the Parties further agree that good cause exists for a further short extension of time for Defendants to respond to the complaint; and

WHEREAS, the Parties do not need to receive an order from the Court to extend the date by which Defendants are to respond to the complaint, pursuant to Local Rule 6-1, as this extension will not alter any dates or deadlines already fixed by Court order.

NOW, THEREFORE, the Parties stipulate that Defendants shall have through, and including, July 12, 2012, to respond to the complaint.

IT IS SO STIPULATED.

DATED: July 5, 2012          J. Andrew Coombs, A Professional Corp.

By: /s/ Nicole L. Drey
J. Andrew Coombs
Nicole L. Drey
Attorneys for Plaintiff Adobe Systems Incorporated

DATED:  July 5, 2012          Law Offices of George A. Shohet,
A Professional Corp.

By: /s/ George A. Shohet
George A. Shohet
Attorney for Defendants Trinity Software Distribution, Inc., Heidi Shaffer and Trinity Liquidations, Inc.

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who have consented to electronic service are being served with a copy of the foregoing document via Northern District of California CM/ECF system on July 10, 2012.

_____
George A. Shohet