# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

**United States District Court**
For the Northern District of California

| | |
|---|---|
| ADOBE SYSTEMS INC, | No. C 12-01614 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| TRINITY SOFTWARE DISTRIBUTION, | |
| Defendant. | |
| _____/ | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>November 9, 2012</u> at <u>3:00 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>3/15/13</u>.

DESIGNATION OF EXPERTS: <u>4/5/13</u>; REBUTTAL: <u>4/25/13</u>.
         Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>May 17, 2013</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>6/7/13</u>;

         Opp. Due <u>6/14/13</u>;  Reply Due <u>6/21/13</u>;

         and set for hearing no later than <u>July 5, 2013</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>August 13, 2013</u> at <u>3:30 PM</u>.

JURY TRIAL DATE: <u>August 26, 2013</u> at <u>8:30 AM.</u>,
         Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be _ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Defendant shall respond to the complaint by 7/26/12.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:  7/16/12

_____
SUSAN ILLSTON
United States District Judge